UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard St.
Hammonton, NJ 08037
AMC/0842

In Re: Phelps, Gervish

**Order Filed on April 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-16308-ABA

Adv. No.:

Judge Andrew B. Altenburg

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Phelps, Gervish
Case No.: 19-16308-ABA
Caption of Order: Order Granting Motion to Extend Automatic Stay

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the stay in the present case is extended pursuant to 11 USC 362(c)(3) and the automatic shall continue until further Order of this Court.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.

_____
Andrew B. Altenburg, U.S.B.J.