52286

MORTON & CRAIG LLC
William E. Craig, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Quantum3 Group, LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 19-16308 (ABA) |
| GIRVISH PHELPS | Chapter 13 |
| | **OBJECTION TO CONFIRMATION** |

Quantum3 Group, LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance ("Quantum3"), a secured creditor of the Debtor, objects to the Debtor's Modified Plan for the following reasons:

a. Quantum3 objects to the Debtor's proposal to cure post-petition arrears through his Chapter 13 Plan. The Debtor is bound by the terms of the Plan confirmed on October 10, 2019, which provided that only pre-petition arrears are to be cured through the Plan, with post-petition payments to be made directly to Quantum3 by the Debtor.

52286

b. Quantum3 credit reserves the right to object to the feasibility and good faith of this Plan and filing.

/s/ William E. Craig

_____
William E. Craig, attorney for Quantum3 Group, LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance

Date: 3-17-21