Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  19−16308−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Girvish Phelps
    2 Tanglewood Circle
    Clayton, NJ 08312

Social Security No.:
    xxx−xx−0397

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on October 10, 2019.

    On 4/27/2021 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                June 9, 2021
Time:               09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 28, 2021
JAN: kaj

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Girvish Phelps  
    Debtor

Case No. 19-16308-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 28, 2021      Form ID: 185      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Girvish Phelps, 2 Tanglewood Circle, Clayton, NJ 08312-1970 |
| cr | + | Carrington Mortgage Services, LLC, 21 Roszel Road, Princeton, NJ 08540-6669 |
| cr | + | NewRez, LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Quantum3 Group, LLC, as agent for MOMA Trust LLC,, C/O Levine & Block, LLC, P.O. Box 422148, Atlanta, GA 30342-9148 |
| cr | + | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, Phelan Hallinan &Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518994544 | + | Angela C. Pattison, Esq., Hill Wallack, LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 518149410 | + | Carrington Mortgage, PO Box 5001, Westfield, IN 46074-5001 |
| 519107302 | + | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 519107303 | + | Quantum3 Group, C/O Levine & Block, LLC, P.O. Box 422148, Atlanta, GA 30342-9148 |
| 518149412 | + | Sierra Auto Finance, 5005 Lyndon B Johnson Freeway, Suite 700, Dallas, TX 75244-6145 |
| 519136388 | + | Stewart Legal Group, P.L., Gavin N. Stewart, 401 East Jackson Street, Suite 2340, Tampa, FL 33602-5226 |
| 518203820 | + | THE BANK OF NEW YORK MELLON, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518292094 | + | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 518726778 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518726779 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville SC 29603-0826 |
| 518176890 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Jenelle C. Arnold, ALDRIDGE PITE, LL, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518149409 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2021 21:04:00 | Bayview Mortgage, 4425 Ponce De Leon Blvd, Miami, FL 33146-1873 |
| 518291984 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 28 2021 21:03:00 | Carrington Mortgage Services LLC, Bankruptcy Department, 1600 South Douglass Road, Anaheim CA 92806-5951 |
| 518149411 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 28 2021 21:05:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 518381268 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2021 21:05:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518381269 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2021 21:05:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518291859 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:22:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-16308-ABA    Doc 67    Filed 04/30/21    Entered 05/01/21 00:21:50    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: 185 | Total Noticed: 25 |

| 518160588 | + Email/Text: bnc-quantum@quantum3group.com | Apr 28 2021 21:05:00 | Quantum3 Group, LLC as agent for, MOMA Trust, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518290506 | | THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS TRUSTEE, FOR REGISTERED HOLDERS OF CWABS,, INC., ASSET-BACKED CERTIFICATES,, SERIES 2006-SPS2 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021             Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Girvish Phelps AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Angela Catherine Pattison | on behalf of Creditor Carrington Mortgage Services  LLC apattison@hillwallack.com, hwbknj@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SPS2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez  LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Quantum3 Group  LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee (CWABS 2005-12) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum3 Group  LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance mortoncraigecf@gmail.com, mortoncraigecf@gmail.com |