UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

52286
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Quantum3 Group, LLC
as agent for MOMA Trust LLC, as assignee of Sierra
Auto Finance

Order Filed on May 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-16308

In Re:

 GIRVISH PHELPS

Judge: (ABA)

## ORDER RESOLVING MOTION FOR STAY RELIEF AND CO-DEBTOR RELIEF: FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN ADEQUATE PROTECTION PAYMENTS, AND STAY RELIEF AND CO-DEBTOR RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: May 24, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Girvish Phelphs

Case No: 19-16308

Caption of Order: Order Resolving Motion For Stay Relief And Co-Debtor Relief: for secured amount to be paid through Debtor's Chapter 13 plan, adequate protection payments, and stay relief and co-debtor relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief  And Co-Debtor Relief filed by John R. Morton, Jr., Esq., attorney for Quantum3 Group, LLC as agent for MOMA Trust LLC, as assignee of Sierra Auto Finance ("Quantum3"), with the appearance of Andrew M. Carroll, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1.  **That Quantum3 is the holder of a first purchase money security interest encumbering 2013 Nissan Rogue bearing vehicle identification number JN8ASSMVXDW630049.**

2.  **That the secured amount that Quantum3 shall be paid through the Debtor's plan shall be $16,754.64. This amount is reached using the agreed value of the vehicle of $13,063.00, amortized at 16.95% over the remaining thirty-six (36) months of the plan.**

3.  **That commencing May 2021, the Chapter 13 Trustee is hereby directed to make monthly adequate protection payments to Quantum3 in the amount of $465.41.  Adequate protection payments to Quantum3 shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Quantum3.  If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Quantum3 until the remaining counsel fees have been paid. The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Quantum3 through the plan.**

**(Page 3)**

Debtor: Girvish Phelphs

Case No: 19-16308

Caption of Order: Order Resolving Motion For Stay Relief And Co-Debtor Relief: for secured amount to be paid through Debtor's Chapter 13 plan, adequate protection payments, and stay relief and co-debtor relief under certain circumstances

4. **That commencing May 2021, if the Debtor fails to make any payment to the Chapter 13 Trustee within thirty (30) days after it falls due, Quantum3 shall be entitled to stay relief and co-debtor relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**

5. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Quantum3 Group must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Quantum3 shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**

6. **That Quantum3 shall retain its lien on the vehicle until the earlier of payment of the underlying debt under non-bankruptcy law, or the Debtor receiving a discharge.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-16308-ABA

Girvish Phelps                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                           Page 1 of 2
Date Rcvd: May 24, 2021                     Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

**Recip ID              Recipient Name and Address**
db                         \+  Girvish Phelps, 2 Tanglewood Circle, Clayton, NJ 08312-1970

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Girvish Phelps AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Angela Catherine Pattison | on behalf of Creditor Carrington Mortgage Services  LLC apattison@hillwallack.com, hwbknj@hillwallack.com |
| Angela Catherine Pattison | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SPS2 apattison@hillwallack.com, hwbknj@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SPS2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez  LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |

Isabel C. Balboa
                    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
                    on behalf of Creditor Quantum3 Group  LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance
                    ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald
                    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee (CWABS 2005-12)
                    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                    on behalf of Creditor Quantum3 Group  LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance
                    mortoncraigecf@gmail.com, mortoncraigecf@gmail.com


TOTAL: 11