Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on January 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Girvish Phelps, | Case No. 19-16308-ABA |
|  | Hearing Date: January 11, 2022 at 10:00 a.m. |
| Debtor. | Judge: Andrew B. Altenburg Jr. |

**ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: January 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Girvish Phelps |
| Case No.: | 19-16308- |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing as the Servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series, 2005-12 ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(c), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and co-debtor stay hereby vacated under 11 U.S.C. § 362(d), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 2 Tanglewood Court, Clayton, NJ 08312;
2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;
4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-16308-ABA

Girvish Phelps     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

**Recip ID**     **Recipient Name and Address**
db     + Girvish Phelps, 2 Tanglewood Circle, Clayton, NJ 08312-1970

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Andrew M. Carroll
    on behalf of Debtor Girvish Phelps AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com

Angela Catherine Pattison
    on behalf of Creditor Carrington Mortgage Services LLC apattison@hillwallack.com, hwbknj@hillwallack.com

Angela Catherine Pattison
    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SPS2 apattison@hillwallack.com, hwbknj@hillwallack.com

Denise E. Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SPS2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart

| | |
|---|---|
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Quantum3 Group LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee (CWABS 2005-12) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee (CWABS 2005-12) phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum3 Group LLC, as agent for MOMA Trust LLC, an assignee of Sierra Auto Finance mortoncraigecf@gmail.com, mortoncraigecf@gmail.com |

TOTAL: 13